AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>PHILLIP RUSSELL PENALOZA<br><br>*Defendant(s)* | Case No.<br><br>**8:16MJ1568 JSS** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2015 to Present__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2252 (a)(4)(B) and (b)(2) | Distributed and received child pornography. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

M.E. Wright, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/26/16

_____
*Judge's signature*

City and state: Tampa, Florida

JULIE S. SNEED
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, M. E. Wright, being duly sworn, depose and state:

1.  I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since July 18, 1999. Beginning in October 2008 to the present, I have been assigned to the Innocent Images Task Force. As a member of this task force, I investigate the sexual exploitation of children, in the Tampa, Florida Division of the FBI.

2.  I have investigated and assisted in the investigation of numerous criminal matters involving the sexual exploitation of children which constituted violations of Title 18, United States Code, Sections 2252 and 2252A, as well as Florida state statutes which criminalize the possession, receipt and transmission of child pornography, that is, visual images depicting minors engaged in sexually explicit conduct. I have been involved in numerous searches pertaining to the possession, collection, production, and/or transportation of child pornography through either the execution of search warrants or through the subject providing written consent to permit a search to be conducted. I have attended numerous specialized courses involving computers and child exploitation.

3.  I am authorized to investigate violations of laws of the United States, and am a law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States.

4.  The statements contained in this affidavit are based on my knowledge or information provided to me by other law enforcement officers. This affidavit is being submitted in support of a criminal complaint. I have not included each and every fact

known to me concerning this investigation. I have set forth only the facts believed necessary to establish probable cause to believe that Phillip Russell Penaloza has committed violations of Title 18, United States Code, Section 2252 (a)(2) and (a)(4).

## RELEVANT STATUTES

5.  18 U.S.C. § 2252(a)(4)(B) and (b)(2) prohibits a person from knowingly possessing, accessing with intent to view, or conspiring or attempting to access with intent to view any matter which contains a visual depiction that has been mailed, or shipped, or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, or was produced using materials that have been mailed, shipped, or transported in such commerce, by any means including by computer, if the visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

"Child Pornography," as used herein, is defined in 18 U.S.C. § 2256(8) as any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

## BACKGRUND OF THE INVESTIGATION
## AND PROBABLE CAUSE FOR CRIMINAL COMPLAINT

6.  The user of the Kik account "hotalexis01," identified as Phillip Russell Penaloza of 3305 24th Ave SE, Ruskin, FL 33570, has distributed and received multiple images and videos of child pornography via the Internet. A search warrant was obtained

for the residence of Penaloza based upon information law enforcement acquired of Penaloza's activities on Kik exchanging child pornography with another known Kik user.

7. On August 26, 2016, I executed the search warrant at Penaloza's residence at approximately 6:00 a.m. Penaloza was present at the residence at the time of the search.

8. A forensic review of one of Penaloza's smart phones at the residence showed that Penaloza had accessed numerous images of child pornography, including images of prepubescent minors engaged in sexually explicit conduct. This particular smart phone was marked as "made in China." Among the files observed on this smart phone (forensically extracted from unallocated space) were the following:

   a. an image file depicting a prepubescent female naked from the chest down, her knees held up with her legs open, sitting mounted atop an adult male's pelvic area, his hand on her knee, and with a grimace on her face;

   b. an image file depicting a small child blindfolded, seated, performing fellatio on an erect penis;

   c. an image file of a small child in braids holding and performing fellatio on an erect penis;

   d. an image file of a prepubescent female, legs open, with the camera focused closely on her genitals.

9. Post-*Miranda*, Penaloza stated that he was Kik user "hotalexis01" and that he had used this Kik account to distribute and receive child pornography images and videos from other Kik users over the Internet. He further stated that he established this Kik account for the sole purpose of distributing and receiving child pornography.

Penaloza was shown and recognized the printed image and a still from a video which were used as part of the basis for the instant search warrant, and he acknowledged that he had distributed this child pornography to another Kik user. Penaloza admitted using Dropbox as cloud storage to save child pornography images and videos. Agents are still in the process of analyzing items found during the search warrant.

10. Penaloza stated that he masturbated to child pornography. Penaloza stated that he was attracted to images and videos of young girls in the age range of 5-16 years old. He stated that he knew sending and receiving child pornography was wrong. He stated he had not committed any hands-on offenses.

11. Based on the evidence collected and defendant's admissions, defendant knew that at least one performer in the visual depictions received and distributed was a minor and that the depiction showed the minor engaged in sexually explicit conduct.

## CONCLUSION

12. Based upon the foregoing, there is probable cause to believe that Penaloza distributed and received child pornography in violation of Title 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

FURTHER AFFIANT SAYETH NAUGHT.

_____
M.E. Wright, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me
This _26_ day of August, 2016.

_____
JULIE S. SNEED
United States Magistrate Judge

T:\_Cases\Criminal Cases\P\Penaloza, Phillip_pend_LYT\p_Complaint Affidavit.docx